# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YOLANDA BLOUNT,** <br> 1700 Portal Drive NW <br> Washington, DC 20012 <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 <br> <u>Serve On:</u> <br> **Pam Bondi, Attorney General for the United States** <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 <br> <u>Serve On:</u> <br> **Brian L. Schwalb, Attorney General** <br> **for the District of Columbia** <br> Office of the Attorney General <br> 400 6th Street, NW <br> Washington, DC 20001 <br> <u>Serve On:</u> <br> **United States Park Police** <br> 1100 Ohio Drive SW <br> Washington, DC 20242 <br><br> and <br><br> **UNITED STATES PARK POLICE,** <br> 1100 Ohio Drive SW <br> Washington, DC 20242 <br> <u>Serve On:</u> <br> **Scott Brecht, Chief of Police** <br> United States Park Police <br> 1100 Ohio Drive SW <br> Washington, DC 20242 <br> <u>Serve On:</u> <br> **Pam Bondi, Attorney General for the United States** <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

| | |
|---|---|
| **Serve On:** | * |
| **Brian L. Schwalb, Attorney General** | |
| **for the District of Columbia** | * |
| **Office of the Attorney General** | |
| **400 6th Street, NW** | * |
| **Washington, DC 20001** | |
| | * |
| **Defendants.** | |
| | * |

## COMPLAINT

Plaintiff, Yolanda Blount, by and through her attorneys, Paul N. Rouhana, Esq., and Jason P. Mansmann, Esq., of Seigel & Rouhana, LLC, files this action against the Defendant United States, and states the following:

## PARTIES

1. Plaintiff Yolanda Blount is a resident of Washington, District of Columbia, and resides at 1700 Portal Drive NW, Washington, DC 20012.

2. Defendant United States includes the governmental agency United States Park Police.

3. Defendant United States Park Police is a federal law enforcement agency of the United States government headquartered in Washington District of Columbia at 1100 Ohio Drive SW, Washington, DC 20242.

4. At all times relevant, Alexander Roy was an agent, servant and/or employee of the Defendant United States and/or Defendant United States Park Police.

## JURISDICTION

5. The United States District Court for the District of Columbia has jurisdiction of this claim under the Federal Tort Claims Act ("FTCA") pursuant to 28 U.S.C §§ 1346 and 2764 *et seq.*

6. Venue is appropriate pursuant to 28 U.S.C. § 1391(b), as the events and/or omissions giving rise to Plaintiff's claims occurred in the District of Columbia.

7. On March 27, 2024, Plaintiff gave notice of their claims against the agent, servant and/or employee of the Defendant United States Park Police via correspondence to United States Park Police, in accordance with the Federal Tort Claims Act, 28 U.S.C. § 2675.  This correspondence was served upon and received by Laren J. Beasley, an agent of the US Park Police via certified mail-return receipt delivery on March 27, 2024, at 8:24 a.m.  *See*, attached Exhibit 1 – signed returned green card article number: 7021 0350 0000 6421 9459.

8. More than six (6) months have elapsed since the Defendant United States Park Police was notified of Plaintiff's claim and to date no response to said claim has been received by Plaintiff.

## FACTS COMMON TO ALL COUNTS

9. On or about October 15, 2023, at approximately 12:00 p.m.,  the Plaintiff, Yolanda Blount, was operating her motor vehicle traveling at or near the intersection of New Jersey Avenue NW and I Street, in Washington, the District of Columbia.

10. On that date and at that location, Alexander Roy, an employee of Defendant United States and/or Defendant United States Park Police was operating a motor vehicle without lights and sirens activated when he failed to maintain a safe distance and rear-ended the Plaintiff's vehicle.

11. At the time of the accident, Mr. Roy was operating a motor vehicle owned and/or insured by Defendant, United States and/or Defendant United States Park Police.

12. At the time of the crash, Alexander Roy was operating said vehicle with the express and implied permission of Defendant, United States and/or Defendant United States Park Police.

13. At the time of the crash, Mr. Roy was acting as agent, servant, employee and within the

scope of his official duties for the Defendant United States and/or Defendant United States Park Police.

14. The accident and the injuries and damages sustained by the Plaintiff, Yolanda Blount, were caused by the recklessness, carelessness, and negligence of Mr. Roy, in, among other negligent acts and omissions:

    a. Failing to stop in time to avoid a collision;

    b. Failing to control their speed;

    c. Operating the motor vehicle at a speed greater than reasonable under the circumstances;

    d. Failing to maintain a proper lookout;

    e. Failing to control their motor vehicle;

    f. Following Ms. Blount's vehicle too closely;

    g. Failing to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing; and

    h. Defendant was otherwise negligent.

15. As a direct and proximate result of the accident, as aforesaid, the Plaintiff, Yolanda Blount, was caused to suffer and sustain serious, painful, and permanent injuries about her head, neck, left shoulder, upper extremity, back and pelvis.

16. The Plaintiff, Yolanda Blount, was rendered sick, sore, and disabled.

17. The Plaintiff, Yolanda Blount, has incurred and will incur hospital, medical, and other expenses as a result of the injuries sustained on October 15, 2023.

18. The Plaintiff, Yolanda Blount, has lost and will lose time from her gainful employment and usual avocations as a result of the injuries sustained on October 15, 2023.

19. The Plaintiff, Yolanda Blount, has and will suffer physical and emotional pain and

Suffering as a result of the injuries sustained on October 15, 2023.

20. The Plaintiff, Yolanda Blount's, motor vehicle was damaged, was caused to lose value, and Plaintiff was deprived of the use of same as a result of the collision on October 15, 2023.

21. The Plaintiff, Yolanda Blount, was precluded from engaging in normal activities and pursuits as a result of the injuries sustained on October 15, 2023.

22. The Plaintiff, Yolanda Blount, was otherwise injured and damaged as a result of the Defendants' negligence, which resulted in the injuries sustained by the Plaintiff on October 15, 2023.

23. No conduct on the part of the Plaintiff, Yolanda Blount, contributed to the accident or to the injuries and damages sustained by her on October 15, 2023.

### COUNT I – NEGLIGENCE (RESPONDEAT SUPERIOR)
**(Claims against United States)**

24. Plaintiff, Yolanda Blount, realleges all allegations contained hereinabove.

25. The accident and the injuries and damages sustained by the Plaintiff, Yolanda Blount, were caused by the recklessness, carelessness, and negligence of Alexander Roy, an officer of Defendant United States Park Police, an agency of the Defendant United States, in the operation of his vehicle on or about October 15, 2023.

26. At the time of the crash, Defendant Alexander Roy was operating said motor vehicle with the express and implied permission of the Defendant, United States.

27. Upon information and belief, at the time of the crash, Defendant Alexander Roy was acting as agent, servant, and/or employee of Defendant, United States.

28. No conduct on the part of the Plaintiff, Yolanda Blount, contributed to the accident or to the injuries and damages sustained by her.

**WHEREFORE**, the Plaintiff, Yolanda Blount, demands judgment against the

Defendant, United States, jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

## COUNT II – NEGLIGENCE (RESPONDEAT SUPERIOR)
### (Claims against United States Park Police)

29. Plaintiff, Yolanda Blount, realleges all allegations contained hereinabove.

30. At the time of the crash, Defendant Alexander Roy was operating said motor vehicle with the express and implied permission of the Defendant, United States Park Police.

31. Upon information and belief, at the time of the crash, Defendant Alexander Roy was acting as agent, servant, and/or employee of Defendant, United States Park Police.

32. No conduct on the part of the Plaintiff, Yolanda Blount, contributed to the accident or to the injuries and damages sustained by her.

**WHEREFORE**, the Plaintiff, Yolanda Blount, demands judgment against the Defendant, United States Park Police, jointly and severally with all other Defendants, in an amount in excess of $75,000.00, plus interest and cost of this action.

Respectfully submitted,

*/s/ Jason Mansmann*
Jason Mansmann, Esq. (Federal Bar No.: 31270)
Paul N. Rouhana, Esq. (Federal Bar No.: 27302)
SEIGEL & ROUHANA, LLC
1823 York Road
Timonium, Maryland 21093
Phone: 443-203-2768 | 443-470-1006
Facsimile: 410-457-9635 | 443-470-1036
E-mail: jmansmann@srlegalgroup.com
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*